IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ANGELA CARRICO,** individually
and as administrator of the Estate and
on behalf of David Dehmann**,**

    **Plaintiff,**

    v.

                          Case No. 2:16-cv-502
                          Chief Judge Edmund A. Sargus, Jr.
                          Magistrate Judge Chelsey M. Vascura

**KNOX COUNTY SHERIFF'S OFFICE,** *et al.***,**

    **Defendants.**

## **ORDER**

Defendants' Motion for Leave to Manually File Certain Exhibits is **GRANTED**. (ECF No. 46.) Accordingly, the Clerk is **DIRECTED** to accept Defendants' DVDs.

    **IT IS SO ORDERED.**

                                          /s/ *Chelsey M. Vascura*
                                          CHELSEY M. VASCURA
                                          UNITED STATES MAGISTRATE JUDGE