**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 18, 2018

Mr. Mark D. Landes
Isaac Wiles Burkholder & Teetor
Two Miranova Place
Suite 700
Columbus, OH 43215

Mr. John Patrick O'Neil
Reminger Company
101 W. Prospect Avenue
Suite 1400
Cleveland, OH 44115

Mr. Andrew N. Yosowitz
Isaac Wiles Burkholder & Teetor
Two Miranova Place
Suite 700
Columbus, OH 43215

          Re:  Case No. 18-3648, *Angela Carrico v. David Shaffer, et al*
                Originating Case No. : 2:16-cv-00502

Dear Sir or Madam,

  The Court issued the enclosed (Order/Opinion) today in this case.

                                  Sincerely yours,

                                  s/Connie A. Weiskittel
                                  Mediation Administrator

cc:  Mr. Richard W. Nagel

Enclosure

No mandate to issue

Case No. 18-3648

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

ANGELA CARRICO, Individually and as administrator of the Estate on behalf of David Dehmann

      Plaintiff - Appellee

v.

DAVID SHAFFER, Knox County Sheriff

      Defendant

and

CHASE L. WRIGHT

      Defendant - Appellant

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

          **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: December 18, 2018