UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANGELA CARRICO, *Individually*
*and as administrator of the Estate*
*on behalf of David Dehmann*

    Plaintiff,

v.

KNOX COUNTY SHERIFF'S
OFFICE, *et al.*,

    Defendants.

Case No. 2:16-cv-502
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## ORDER

On December 18, 2018, the Sixth Circuit Court of Appeals filed an Order memorializing the parties' stipulation to dismiss Defendant Chase L. Wright's appeal. (*See* ECF No. 73.) The parties then informed this Court that they had settled the remaining claims. Therefore, the Court **DIRECTS** the Clerk to close this case.

**IT IS SO ORDERED.**

\_\_\_8-22-2019_____
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE