AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| Angela Carrico, Individually and as administrator of the Estate on behalf of David Dehmann,<br>*Plaintiff*<br>v.<br>Knox County Sheriff's Offie, et al.<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  2:16-CV-502<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the **defendant** *(name)* _____ recover costs from the **plaintiff** *(name)* _____.

☒ **other**: Pursuant to the Order filed 8/22/2019. This case is closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 08/22/2019

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk